# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 23, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Josh Lorenzo Williams and Phillip Michael Porter, Jr.
v. Scott Decker, et al.
No. 14-7455
(Your No. 13-2074)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Ms. Ann Thompson

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** March 10, 2015

**RE:** 13-2074 Josh Williams, et al v. Scott Decker, et al

District Court/Agency Case Number(s): 2:12-cv-04017-NKL

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD